IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CASE NO. 4:19CR 00307 |
| Plaintiff | * | |
| -vs- | * | JUDGE PEARSON |
| KENDAL DOTSON | * | |
| | * * * | MOTION TO CONTINUE SENTENCING |

Now comes the Defendant, KENDAL DOTSON, by and through counsel, and Respectfully moves this Honorable Court to continue the sentencing hearing scheduled for November 21, 2019 at 10:00 am. The reason is as follows: Counsel is scheduled to attend a Mandatory death penalty seminar in Columbus from November 20, 2019- November 22, 2019. The seminar is a mandatory requirement to accept death penalty cases in Ohio.

The proposed dates for the new sentencing hearing are December 9, 2019, December 16, 2019 or December 20, 2019.

Wherefore, counsel moves for a short continuance of the hearing.

Respectfully submitted,

*/S/ RHONDA L. KOTNIK*_____
RHONDA L. KOTNIK 0077345
333 S. Main St Suite 401
Akron, Ohio 44308
330-253-5533

## PROOF OF SERVICE

I hereby certify that on October 11, 2019, a copy of the foregoing Defendant's Motion was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/S/ RHONDA L. KOTNIK*
RHONDA L. KOTNIK
